# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.  **CASE NO: 6:23-cr-8-RBD-LHP**

**ANTHONY ROBERTO HUTCHINSON**

AUSA: Ranganath Manthripragada

Defense Attorney: Thomas Devlin Sommerville, Criminal Justice Act

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **March 23, 2023**<br>1:54 P.M.-1:59 P.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 5 minutes |
| DEPUTY CLERK: | Julie Reyes | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | N/A | PRETRIAL/PROB: | Sonya Williams |

### CLERK'S MINUTES
### MOTION TO MODIFY CONDITIONS OF RELEASE
### (DOC. 65)

Case called, appearances made, procedural setting by the Court.
Hearing proceeds on the above referenced motion as stated on the record.
Motion granted.
Oral Order to be entered.
Court adjourned.